```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 50755
   ROSA I ATAYDE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1997

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/17/2003 and was confirmed 02/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE            SECURED           6825.00      3004.15      6825.00
HSBC AUTO FINANCE            UNSECURED         4791.79         .00        479.18
CAPITAL ONE BANK             UNSECURED          697.19         .00         69.72
ARROW FINANCIAL SERVICES     NOTICE ONLY      NOT FILED        .00           .00
CAPITAL ONE BANK             UNSECURED          786.79         .00         78.68
ARROW FINANCIAL SERVICES     NOTICE ONLY      NOT FILED        .00           .00
CARD SERVICE CENTER          UNSECURED         3805.67         .00        380.57
PROVIDIAN FINANCIAL          UNSECURED        NOT FILED        .00           .00
VILLAGE OF SCHAUMBURG PO     UNSECURED        NOT FILED        .00           .00
CITY OF CHICAGO PARKING      UNSECURED          120.00         .00         12.00
CITY OF CHICAGO PARKING      NOTICE ONLY      NOT FILED        .00           .00
FASHION SERVICE CORP         UNSECURED        NOT FILED        .00           .00
GEORGE I SKARPATHIOTIS M     UNSECURED        NOT FILED        .00           .00
NORTHWESTERN MEMORIAL HO     UNSECURED        NOT FILED        .00           .00
ROUNDUP FUNDING LLC          UNSECURED          716.24         .00         71.62
JOSEPH WROBEL                DEBTOR ATTY      1,694.00                   1,694.00
TOM VAUGHN                   TRUSTEE                                       776.95
DEBTOR REFUND                REFUND                                        374.83

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            13,766.70

PRIORITY                                          .00
SECURED                                      6,825.00
    INTEREST                                 3,004.15
UNSECURED                                    1,091.77
ADMINISTRATIVE                               1,694.00
TRUSTEE COMPENSATION                           776.95
DEBTOR REFUND                                  374.83

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 50755 ROSA I ATAYDE
```

```
                                    ---------------      ---------------
TOTALS                                    13,766.70            13,766.70
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```